No. 89–1834. D. T., A MINOR, BY HIS LEGALLY APPOINTED GUARDIANS, ET AL. v. INDEPENDENT SCHOOL DISTRICT NO. 16 OF PAWNEE COUNTY, OKLAHOMA. C. A. 10th Cir. Motion of peti-

tioners for leave to file amended petition granted. Certiorari denied.